Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-411-601**

**Effective Date of Registration:**
July 17, 2024
**Registration Decision Date:**
September 09, 2024

---

## Title

**Title of Work:** Peaches

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** May 01, 2018
**Nation of 1st Publication:** Peru

## Author

- **Author:** Mayra Alejandra Taboada Pacheco
  **Pseudonym:** Keroscyn; Kero
  **Author Created:** 2-D artwork
  **Citizen of:** Peru
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Mayra Alejandra Taboada Pacheco
42-7, Hommachi 3-Chome, Apt. 301, Shibuya, Tokyo, 151-0071, Japan

## Rights and Permissions

**Name:** Mayra Alejandra Taboada Pacheco
**Email:** keroscyn@gmail.com
**Address:** 42-7, Hommachi 3-Chome, Apt. 301
Shibuya
Tokyo 151-0071 Japan

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-411-600**

**Effective Date of Registration:**
July 17, 2024
**Registration Decision Date:**
September 09, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | Bonsai Tree stickers! |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Date of 1st Publication:** | June 01, 2018 |
| **Nation of 1st Publication:** | Peru |

## Author

| | |
|---|---|
| **Author:** | Mayra Alejandra Taboada Pacheco |
| **Pseudonym:** | Keroscyn; Kero |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Peru |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Mayra Alejandra Taboada Pacheco |
| | 42-7, Hommachi 3-Chome, Apt. 301, Shibuya, Tokyo, 151-0071, Japan |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Mayra Alejandra Taboada Pacheco |
| **Email:** | keroscyn@gmail.com |
| **Address:** | 42-7, Hommachi 3-Chome, Apt. 301 |
| | Shibuya |
| | Tokyo 151-0071 Japan |

## Certification

Page 1 of 2

